FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 27 2025 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MELISSA MAZZEI AND LUIS COLON

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

THE CITY OF NEW YORK,
DETECTIVE ARTHUR TRUSCELLI,
DETECTIVE BRENDAN O'BRIEN,
DETECTIVE JANE DOE,
DETECTIVE JOHN DOE,

_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓   NO ____

25-cv-03023 -PKC-PK



I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiffs  MELISSA MAZZEI AND LUIS COLON

If you are incarcerated, provide the name of the facility and address:

_____
_____
_____

Prisoner ID Number: _____

1

If you are not incarcerated, provide your current address:

MELISSA MAZZEI AND LUIS COLON
701 L BAY STREET SI, NY 10304

Telephone Number: (347) 358-9106  (929) 988-3608

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: THE CITY OF NEW YORK
Job Title: c/o CORPORATION COUNSEL
Address: 100 CHURCH STREET NY, NY 10007

Defendant No. 2

Full Name: DETECTIVE ARTHUR TRUSCELLI
Job Title: DETECTIVE 120 PRECINCT
Address: 70 RICHMOND TERRACE SI, NY 10301

Defendant No. 3

Full Name: DETECTIVE BRENDAN O'BRIEN
Job Title: DETECTIVE 120 PRECINCT
Address: 70 RICHMOND TERR SI NY 10301

2

Defendant No. 4

Address

**Full Name**  DETECTIVE JANE DOE

**Job Title**  DET. 120 PRECINCT

**Address**  70 RICHMOND TERRACE ST NY 10301

Defendant No. 5

**Full Name**  DETECTIVE JOHN DOE

**Job Title**  DET 120 PRECINCT

**Address**  70 RICHMOND TERRACE ST NY 10301

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? 701 L BAY STREET ST NY 10304

When did the events happen? (include approximate time and date) MAY 22ND 2024 BETWEEN 6 AM AND 11 AM AND IN FUTURE. POLICE RAIDED OUR HOME WITH NO KNOCK WARRANT

3

ADDITIONAL DEFENDANTS

DEFENDANT NO. 6

PAGE 3A

Facts: (what happened?) CLAIM 1: PLAINTIFFS ARREST WAS NOT PROCEDURAL. PLAINTIFFS WERE NOT TOLD THEIR WERE WARRANTS FOR THEIR ARREST AND FOR WHAT CHARGES CLAIM 2: POLICE USED EXCESSIVE FORCE to INCLUDE BEING thrown to the GROUND IN FRONT of THEIR CHILDREN CLAIM 3: ILLEGAL SEARCH AND SEIZURE. WARRANTS WERE DEFECTIVE. CLAIM 4: ILLEGAL SEARCH AND SEIZURE. CHILDRENS PERSONAL BELONGINGS WERE TAKEN CLAIM 5: CUSTODIAL INTERROGATION OF CHILDREN. CHILDREN AGES 7 AND 10 WERE INTERROGATED without AN ADULT PRESENT CLAIM 5: ILLEGAL SEIZURE of PERSONAL property CLAIM 6: SEALED INDICTMENT WAS NOT WARRANTED CLAIM 7: EQUAL PROTECTION WAS NOT AFFORDED PLAINTIFFS CLAIM 8: FAILURE to POLICE to INTERVENE AGGRESSION OF OTHER POLICE CLAIM 9: DUE PROCESS OF LAW WAS VIOLATED CLAIM 10: ARMED THREAT OF VIOLENCE AND ABUSE

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

PLAINTIFFS ALLEGE BECAUSE OF THE ACTIONS OF THE DEFENDANTS AND SUBSEQUENT ACTIONS AND INDIGNITIES, PLAINTIFFS HAVE SUFFERED AND CONTINUES to SUFFER FROM PTSD, EMOTIONAL TRAUMA AND DISTRESS, INDUCED ANXIETY AND OTHER EMOTIONAL AND PSYCHOLOGICAL INJURIES AND DEPRIVATION OF LIBERTY AND PROPERTY

4

MANY OF PLAINTIFFS CONSTITUTIONAL RIGHTS WERE VIOLATED to INCLUDE AMENDMENTS 4th, 5th, 6th, 7th, 8th AND 14th

**III.  Relief:** State what relief you are seeking if you prevail on your complaint.

BECAUSE OF THE ALLEGED ACTIONS OF THE KNOWN AND UNKNOWN DEFENDANTS, PLAINTIFFS HAVE SUFFERED PTSD, ACUTE TRAUMA AND OTHER MENTAL INJURIES AND DEMANDS MONETARY COMPENSATION to THE AMOUNT OF THREE MILLION DOLLARS (3,000,000) AND OTHER RELIEF THIS COURT FINDS JUST, PROPER AND EQUITABLE.

I declare under penalty of perjury that on _____, I delivered this
                                              (date)
complaint to prison authorities at _____ to be mailed to the United
                                   (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/18/25

_X_ Melissa Mazzei _____  _Luis Colon_____
Signature of Plaintiff

701 BAY STREET SI NY 10304
Name of Prison Facility or Address if not incarcerated

MELISSA MAZZEI AND LUIS COLON
_____
Address

_____
Prisoner ID#

rev. 12/1/2015

5

MELISSA MAZZEI AND LUIS COLON
701 L BAY STREET
SI, NY 10304

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 27 2025 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BKLYN, NY 11201

ATTN: PRO SE INTAKE